**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01877-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| AMERICAN HONDA MOTOR CO, INC. | § § | |
| Defendant. | § | |
| _____ | § | |
| | § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01878-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| HYUNDAI MOTOR AMERICA | § § | |
| Defendants. | § | |
| _____ | § | |

## <u>ORDER</u>

On this day the Court considered the Unopposed Motion to Dismiss Hyundai Motor America.  It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 19th day of August, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE